BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-6570
    Julie.Reagin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 97-0167 MMC |
| Plaintiff, | [PROPOSED] |
| v. | ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |
| LINDA N. JOHNSTONE, | |
| Defendant, | |
| MILWRIGHT, | |
| Garnishee. | |

    Upon consideration of the United States' Application for Writ of Continuing Garnishment and for good cause shown,

    IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment is granted.

ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
CR 97-0167 MMC                        1

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment to Milwright, as Garnishee, for the purpose of garnishing property (including nonexempt disposable earnings) in which Linda N. Johnstone ("Defendant") has a substantial nonexempt interest, in order to satisfy the judgment entered in the above-captioned case against Defendant.

IT IS FURTHER ORDERED that the Clerk of Court is hereby DIRECTED to issue the proposed "Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant" (Dkt. No. 24), and the United States is hereby ORDERED to serve defendant and the garnishee with (1) the writ of garnishment, (2) the "Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant," and (3) the instructions to the garnishee (Dkt. No. 25). See 28 U.S.C. § 3205(c)(3).

IT IS SO ORDERED.

Dated: October 4, 2016

MAXINE M. CHESNEY
United States District Judge