1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
7       FAX: (415) 436-6570
        Julie.Reagin@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          ) CASE NO. CR 97-0167 MMC
                                       )
15         Plaintiff,                  ) [PROPOSED] WRIT OF CONTINUING
                                       ) DISPOSITION ORDER (WAGE GARNISHMENT)
16      v.                             )
                                       )
17  LINDA N. JOHNSTONE,                )
                                       )
18         Defendant,                  )
                                       )
19  _____     )
                                       )
20  MILWRIGHT,                         )
                                       )
21         Garnishee.                  )
    _____     )
22

23         The United States has filed its Application for Disposition Order (Writ of Continuing

24  Garnishment).

25         The Court finds that:

26         1.      Judgment debtor and defendant Linda Johnstone ("Defendant") is indebted to plaintiff

27  United States of America ("Plaintiff") in the original amount of $4,200,100.00, plus interest, arising out

28  of an Amended Judgment filed on December 9, 1998, in the United States District Court for the

DISPOSITION ORDER
CR 97-0167 MMC

1  Northern District of California in the above-captioned case.  As of September 27, 2016, the balance due

2  on this debt was $6,608,033.85.

3        2.      The Clerk of Court issued a Writ of Continuing Garnishment, directed to the Garnishee

4  Milwright, and the Writ was served on the Garnishee.

5        3.      The Garnishee filed an answer to the Writ indicating that at the time of the service of the

6  Writ, the Garnishee owed the Defendant money and will owe the Defendant money in the foreseeable

7  future.  The payment type was identified as "salary."

8        4.      On October 15, 2016, the Defendant was notified of her right to a hearing and to object to

9  the Garnishee's Answer, having been served a copy of the Garnishee's Answer (see Dkt No. 29).  The Defendant has neither requested a hearing nor filed an objection to the

10  Garnishee's Answer, and the time to do so has expired.  See 28 U.S.C. § 3205(c)(5) (providing,

11  "[w]ithin 20 days after [Garnishee's] answer, the judgment debtor . . . may file a written objection

12  to the answer and request a hearing").

13        Based on the foregoing, and for good cause shown,

14        IT IS HEREBY ORDERED that the Garnishee, Milwright, shall pay to Plaintiff, out of each bi-

15  weekly paycheck, 25% of Defendant's non-exempt disposable earnings, and to continue said payments to Plaintiff

16  until the judgment debt is paid in full, until the Garnishee no longer has possession, custody, or control

17  of any earnings belonging to Defendant, or until further Order of the Court.

18

19  Dated: November 15, 2016

                                                            _____

20                                                              MAXINE M. CHESNEY
                                                            UNITED STATES DISTRICT JUDGE

DISPOSITION ORDER
CR 97-0167 MMC